# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **JUDGMENT** |
| | on a Motion pursuant to |
| Plaintiff, | 28 U.S.C. § 2255 |
| | |
| v. | Case No.: 06-cr-54-bbc |
| | 08-cv-274-bbc |
| **LARRY HENDRIX,** | |
| | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED as is his motion for appointment of counsel on the motion.


THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ S. Vogel

6/11/08
_____
Date

by Deputy Clerk