IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY HENDRIX,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 08-cv-274-bbc

UNITED STATES OF AMERICA,

    Respondent.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that petitioner Larry Hendrix' motion for relief from judgment dated May 14, 2009 is construed as a motion under 28 U.S.C. § 2255 and is dismissed for lack of jurisdiction in the absence of a showing by defendant that he has received the permission of the Court of Appeals for the Seventh Circuit to file a second collateral attack.

_____    12/18/09
Peter Oppeneer, Clerk of Court          Date